TLB

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
KAREN KAY MCGRIFF )
6558 KARI DR ) CASE NO. 19-00269-MH3-13
MURFREESBORO, TN  37129 )
) JUDGE MARIAN F HARRISON
)
)

SSN XXX-XX-1440

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 7/22/2019.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 8/7/2019 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

## NOTICE OF MOTION TO DISALLOW CLAIM OF
## PYOD LLC (PAYEE PYOD LLC) COURT'S CLAIM #2

   Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief:  Motion To Disallow Claim of PYOD LLC (PAYEE PYOD LLC).

   **YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before <u>the response date stated above</u>, you or your attorney must:

1. File with the court your response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing.  Any response objection you wish to file must be submitted electronically.  To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

  If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584.  The Bankruptcy Court may be visited in person at:  US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

 2. Your response must state the deadline for filing response,  the date of the scheduled hearing,  and the motion to which you are responding .

        If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
        If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                                                <u>/s/ Henry E. Hildebrand, III</u>
                                                                HENRY E. HILDEBRAND, III
                                                                CHAPTER 13 TRUSTEE
                                                                P O BOX 340019
                                                                NASHVILLE, TN  37203
                                                                PHONE:  615-244-1101
                                                                FAX:  615-242-3241
                                                                pleadings@ch13nsh.com

| | |
|---|---|
| IN RE:<br><br>KAREN KAY MCGRIFF<br>6558 KARI DR<br>MURFREESBORO, TN 37129<br><br>SSN XXX-XX-1440 | CASE NO. 19-00269-MH3-13<br>JUDGE MARIAN F HARRISON |

## MOTION TO DISALLOW CLAIM OF
## PYOD LLC (PAYEE PYOD LLC) COURT'S CLAIM #2

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court disallow the proof of claim asserted on behalf of PYOD LLC (payee PYOD LLC), filed as claim #2 on the Court's claims register. In support thereof, the Trustee would state as follows:

<u>The note does not accompany the proof of claim</u>. Rule 3001(c) provides that when a claim is based on a writing, an original or duplicate of the writing must be filed. Without the note, the claim is not enforceable and the claim, therefore, should be disallowed under 11 U.S.C. § 502(b)(1).

WHEREFORE, the premises considered, the Trustee requests that this court disallow the proof of claim asserted by PYOD LLC, payee PYOD LLC, filed as claim #2 on the Court's claims register.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on KAREN KAY MCGRIFF, 6558 Kari Dr, Murfreesboro, TN 37129;
PYOD LLC SHELLPOINT MORTGAGE SERVICING, P O BOX 10826, GREENVILLE, SC 29603;
PYOD LLC 6801 S CIMARRON RD STE 424-K LAS VEGAS, NV 89113;
PYOD LLC 55 BEATTIE PL STE 110 GREENVILLE, SC 29601;
PYOD LLC CORPORATION SERVICE CO 2908 POSTON AVE NASHVILLE, TN 37203;
NewRez LLC DBA SHELLPOINT MORTGAGE SERVICING 4000 CHEMICAL RD STE 200 PLYMOUTH MEETING, PA 19462;
NewRez LLC DBA SHELLPOINT MORTGAGE SERVICING CORPORATION SERVICE CO 2908 POSTON AVE NASHVILLE, TN 37203;

PYOD LLC SHELLPOINT MORTGAGE SERVICING, P O BOX 10826, GREENVILLE, SC 29603;

and by email by Electronic Case Noticing to US Trustee, and CLARK AND WASHINGTON PC, Debtor's counsel

on this 20th day of June, 2019.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  )
KAREN KAY MCGRIFF  )  CASE NO. 19-00269-MH3-13
6558 KARI DR  )
MURFREESBORO, TN 37129  )  JUDGE MARIAN F HARRISON
  )

SSN XXX-XX-1440

## ORDER TO DISALLOW CLAIM OF
## PYOD LLC (PAYEE PYOD LLC) COURT'S CLAIM #2

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The note does not accompany the proof of claim;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed.

    Creditor Name: PYOD LLC (payee PYOD LLC)
    Court's Claim Number: 2
    Account Number: xxxxxxxx8347

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III      THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III      ELECTRONICALLY AS INDICATED AT THE
CHAPTER 13 TRUSTEE      TOP OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com