## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE: KAREN KAY MCGRIFF, Debtor                    NO:       19-00269
                                                    **Judge Marian F Harrison**

**KAREN KAY MCGRIFF,**
**Debtor**

**v.**

**NEW REZ LLC D/B/A SHELLPOINT**
**MORTGAGE SERVICING AS SERVICER**
**FOR PYOD LLC**
**RESPONDENT**

**AND**

**HENRY EDWARD HILDEBRAND, III**
**CHAPTER 13 TRUSTEE**

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISALLOW CLAIM

**IT IS ORDERED** that the Trustee's Motion and Notice to Disallow Claim(s)# 2 Filed by

PYOD LLC (hereinafter "Respondent") was filed on June 20, 2019 and originally scheduled for

a hearing on August 7, 2019.  The hearing was continued until September 4, 2019 and then to

October 2, 2019 and again to October 28, 2019.  The Trustee's Motion is RESOLVED and claim

#2 is ALLOWED; and it is further

**ORDERED** that NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for PYOD LLC, the creditor and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the debtor or against the property that serves as collateral for its loan in connection with the Trustee's motion; and it is further

**ORDERED** that NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for PYOD LLC, the creditor and any servicer for such creditor, shall indemnify the Trustee and the borrower(s) and hold any heirs or assigns harmless from and against any claims, liabilities, damages, costs, or expenses, including reasonable attorney fees, resulting from a claim by any other person or entity to enforce the note described in Claim #13.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

By:     /s/ Joshua I. Goldman
         JOSHUA I. GOLDMAN
         Bar No. 035733
         MICKEL LAW FIRM, P.A.
         222 2nd Avenue South
         Suite 1700
         Nashville, TN 37201
         Phone: (615) 514-0138
         Fax: (501) 664-0631
         Email: j.goldman@mickellaw.com
         Attorney for Respondent

By:     /s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: C=US, CN="/s/ Henry E. Hildebrand, III", E=pleadings@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2019-10-27 13:45:44
Foxit Reader Version: 9.5.0

         Henry Edward Hildebrand, III
         Chapter 13 Trustee
         P. O. Box 340019
         Nashville, TN 37203-0019
         Phone: 615-244-1101
         Fax: 615-242-3241
         Email: pleadings@ch13nash.com

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.